47 A.3d 1176

**Johnny GRIGSBY, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS SCI–RETREAT,**
**Supt. James J. McGrady et al., Respondents.**

**No. 48 EM 2012.**

Supreme Court of Pennsylvania.

July 6, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of July, 2012, the Petition for Review is **DENIED.**